Magistrate Judge Theiler

1

2

3

4

5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHRISTOPHER PORTER,                    )
                                       )
                      Petitioner,      )        NO. C11-0645-RSM-MAT
                                       )            (CR10-26-RSM)
              v.                       )
                                       )        [Proposed] ORDER
UNITED STATES OF AMERICA,              )        CONTINUING DUE
                                       )        DATE FOR RESPONSE TO MOTION
                                       )        FILED UNDER 28 U.S.C. §2255
                                       )
                      Respondent.      )
_____)

        THE COURT having considered the United States' Motion for Continuance of

Due Date;

        IT IS HEREBY ORDERED that the United States' response in this case shall be

due June 20, 2011, with a noting date of July 8, 2011; and

        IT IS HEREBY ORDERED that Petitioner's Reply, if any, shall be mailed not

later that the Friday preceding the noting date, or July 1, 2011.

        DATED this 25th day of May, 2011.


                                       Mary Alice Theiler
                                       United States Magistrate Judge

Proposed By:

s/ Lisca Borichewski
LISCA BORICHEWSKI
Assistant United States Attorney

Order for Continuance  - 1
PORTER/C11-0645-MAT

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970