UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHRISTOPHER PORTER, )
                                    ) CASE NO. C11-0645-RSM
    Petitioner, )
                                    )
    v. )
                                    ) REPORT AND RECOMMENDATION
UNITED STATES OF AMERICA, )
                                    )
    Respondent. )
_____ )

On April 15, 2011, petitioner filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. (Dkt. No. 1.) This Court ordered petitioner's motion served on the government and the government filed a response to the motion on June 22, 2011. (Dkt. Nos. 5 and 13.) After reviewing the submissions of the parties, this Court concluded that an evidentiary hearing was required. Thus, on September 2, 2011, this Court issued an Order directing the Clerk to schedule an evidentiary hearing and to appoint counsel to represent petitioner at the hearing. (Dkt. No. 14.) Counsel was thereafter appointed and an evidentiary hearing was scheduled for December 16, 2011. (*See* Dkt. Nos. 16 and 18.) On December 12, 2011, petitioner, through counsel, filed a motion to withdraw/dismiss his § 2255 motion. (Dkt. No. 19.)

REPORT AND RECOMMENDATION
PAGE -1

As petitioner has expressed a desire to withdraw his § 2255 motion, and as there appears no reason why petitioner should not be allowed to withdraw the motion at this juncture, this Court recommends that petitioner's motion to withdraw his § 2255 motion be granted and that this action be dismissed. This Court further recommends that the evidentiary hearing scheduled for December 16, 2011 be stricken as moot. Finally, given that petitioner has effectively moved for a voluntary dismissal of this matter, this Court recommends that the Honorable Ricardo S. Martinez, United States District Judge, immediately approve this Report and Recommendation and dismiss this action. A proposed order accompanies this Report and Recommendation.

DATED this 13th day of December, 2011.

/s/ Mary Alice Theiler
Mary Alice Theiler
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE -2