UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTOPHER PORTER, | ) |
| | ) CASE NO. C11-0645-RSM |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) ORDER DISMISSING MOTION |
| UNITED STATES OF AMERICA, | ) UNDER 28 U.S.C. § 2255 |
| | ) |
| Respondent. | ) |

The Court, having reviewed petitioner's motion under 28 U.S.C. § 2255, the government's response to that motion, petitioner's motion to withdraw/dismiss his § 2255 motion, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's motion to withdraw his § 2255 motion (Dkt. No. 19) is GRANTED and this action is DISMISSED without prejudice;

(3) The evidentiary hearing scheduled for December 16, 2011 is STRICKEN as moot, and

ORDER DISMISSING HABEAS PETITION
PAGE -1

01    (4)   The Clerk is directed to send copies of this Order to counsel for petitioner, to
02    counsel for the government, and to Judge Theiler.
03    DATED this 23 day of December 2011.

                        RICARDO S. MARTINEZ
                        UNITED STATES DISTRICT JUDGE

ORDER DISMISSING HABEAS PETITION
PAGE -2